1  SHARTSIS FRIESE LLP
   ARTHUR J. SHARTSIS (Bar #51549)
2  ashartsis@sflaw.com
   JOSEPH V. MAUCH (Bar #253693)
3  jmauch@sflaw.com
   One Maritime Plaza, Eighteenth Floor
4  San Francisco, CA  94111
   Telephone:  (415) 421-6500
5  Facsimile:  (415) 421-2922

6  Attorneys for Plaintiff
   VIRTUAL RESEARCH
7  CORPORATION

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| VIRTUAL RESEARCH CORPORATION, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>VLOCITY INC., a Delaware corporation,<br><br>Defendant. | Case No.  15-CV-03331-BLF<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF TO EXTEND TIME LIMIT FOR SERVICE OF DEFENDANT AND CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Judge:  Hon. Beth Labson Freeman<br>Dept:   3<br><br>Complaint Filed:  July 20, 2015 |
|---|---|

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

1   The Court, having read and considered Plaintiff Virtual Research Corporation's Motion for Administrative Relief to Extend Time Limit for Service of Defendant and Continue Case Management Conference, and the papers filed in support thereof, orders as follows:

   1. Plaintiff has good cause for the delay in service of Defendant Vlocity, Inc. under Rule 4(m) of the Federal Rules of Civil Procedure because Plaintiff and Defendant have been engaged in ongoing settlement discussions;

   2. The time limit for service of Defendant is extended sixty (60) additional days to allow the parties to attempt to resolve the dispute; and

   3. The Case Management Conference scheduled for December 10, 2015, is continued to February ___, 2016.

   IT IS SO ORDERED

   DATED: _____

   _____
   HON. BETH LABSON FREEMAN

- 1 -

Case No. 15-CV-03331-BLF — [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF